1    **KRIS J. KRAUS**
     California Bar No. 233699
2    FEDERAL DEFENDERS OF SAN DIEGO, INC.
     225 Broadway, Suite 900
3    San Diego, California 92101-5008
     Telephone: (619) 234-8467
4    Facsimile: (619) 687-2666
     Kris_Kraus@fd.org
5

6    Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE LOUISA S. PORTER)**

11   UNITED STATES OF AMERICA,              ) Case No. 08MJ0039
                                            )
12              Plaintiff,                  )
                                            )
13   v.                                     ) **NOTICE OF ATTORNEY APPEARANCE**
                                            )
14   HECTOR BAUTISTA-MACIAS,                )
                                            )
15              Defendant.                  )
                                            )
16   _____ )

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris

18   J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

19   above-captioned case.

20                              Respectfully submitted,

21

22   Dated: January 9, 2008          /s/ Kris J. Kraus_____
                                     **KRIS J. KRAUS**
23                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Defendant
24                                   Kris_Kraus@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED:  January 9, 2008                         */s/ Kris J. Kraus*_____
                                                **KRIS J. KRAUS**
                                                Federal Defenders of San Diego, Inc.
                                                Kris_Kraus@fd.org